# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHESTER RAY ALSOBROOKS

NO. 2024 KW 1157

**MARCH 14, 2025**

---

In Re:    Chester Ray Alsobrooks, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 95-CR3-59999.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

                                MRT
                                CHH
                                BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT